CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
KENNETH BRAKEBILL (CABN 196696)
Assistant United States Attorney
Chief, Civil Division
STUART C. PLUNKETT (CABN 187971)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7073
stuart.plunkett@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COALITION FOR HUMANE IMMIGRANT RIGHTS ("CHIRLA"), a California nonprofit organization; and LEGAL SERVICES FOR CHILDREN ("LSC"), a California nonprofit organization,<br><br>Plaintiffs,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. 3:26-cv-07577-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE**<br><br>Honorable Jacqueline Scott Corley |

Plaintiffs Coalition for Humane Immigrant Rights and Legal Services for Children and Defendants Markwayne Mullin, Joseph B. Edlow, the U.S. Department of Homeland Security, and U.S. Citizenship and Immigration Services, by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, this action challenges Defendants' categorical policy that fee waivers are unavailable for the $250 filing fee imposed on petitions for Special Immigrant Juvenile Status ("SIJS");

WHEREAS, Plaintiffs assert that the challenged policy is arbitrary and capricious and was adopted without the procedures required by the Administrative Procedure Act;

WHEREAS, the parties anticipate that this action can be resolved on the administrative record through cross-motions for summary judgment;

WHEREAS, the parties met and conferred and submitted a stipulated schedule to the Court on August 14, 2026 (Dkt. 17);

WHEREAS, on August 14, 2026, the Court issued an order (Dkt. 19) setting the following schedule:

1. Defendants shall serve and file the certified administrative record by September 9, 2026.
2. Plaintiffs shall file their motion for summary judgment by September 18, 2026.
3. Defendants shall file their combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment by October 7, 2026.
4. Plaintiffs shall file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment by October 21, 2026.
5. Defendants shall file their reply in support of their cross-motion for summary judgment by November 2, 2026.

WHEREAS, the administrative record and Plaintiffs' summary judgment motion have been filed;

WHEREAS, following Defendants' request for additional time for its opposition and cross-motion for summary judgment, the parties met and conferred on a revised schedule, as well as page limitations to ensure the parties have an equal number of total pages across the summary judgment briefing;

WHEREAS, Plaintiffs have consented to this revised schedule on the understanding that there

will be no further modifications to the briefing schedule;

WHEREAS, Defendants do not anticipate needing additional modifications and will meet and confer with Plaintiffs should a genuine need arise; and

NOW THEREFORE, the parties stipulate to the following revised schedule:

1. Defendants shall file their combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment by October 30, 2026. The combined brief shall not exceed 45 pages.
2. Plaintiffs shall file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment by November 23, 2026. The combined brief shall not exceed 40 pages.
3. Defendants shall file their reply in support of their cross-motion for summary judgment by December 10, 2026. The brief shall not exceed 15 pages.
4. The parties jointly request that the cross-motions for summary judgment be heard during the Court's December 17, 2026, civil law and motions calendar.

IT IS SO STIPULATED.

Dated: October 7, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Stuart C. Plunkett*
STUART C. PLUNKETT
Assistant United States Attorney
Attorney for Defendants

*/s/ Jordan Wells*
LAWYERS' COMMITTEE FOR CIVIL RIGHTS OF THE SAN FRANCISCO BAY AREA
JORDAN WELLS (SBN 326491)
jwells@lccrsf.org
131 Steuart Street, Suite 400
San Francisco, CA 94105
Telephone: 415-543-9444
Attorney for Plaintiffs

*/s/ Matthew G. Ball*
SHOOK, HARDY & BACON L.L.P.
MATTHEW G. BALL (SBN 208881)

mgball@shb.com
555 Mission Street, Suite 2300
San Francisco, California 94105
Telephone: 415-544-1900
Attorney for Plaintiffs

**ECF ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(1), I, Stuart C. Plunkett, attest that I have obtained concurrence in the filing of this document from all other signatories listed here.

*/s/ Stuart C. Plunkett*
STUART C. PLUNKETT

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, the Court hereby sets the following revised schedule and imposes the indicated page limitations:

1. Defendants shall file their combined opposition to Plaintiffs' motion for summary judgment and cross-motion for summary judgment by October 30, 2026. The combined brief shall not exceed 45 pages.
2. Plaintiffs shall file their combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment by November 23, 2026. The combined brief shall not exceed 40 pages.
3. Defendants shall file their reply in support of their cross-motion for summary judgment by December 10, 2026. The brief shall not exceed 15 pages.The parties' cross-motions for summary judgment shall be heard during the Court's December 17, 2026 civil law and motions calendar.

IT IS SO ORDERED.

**Dated:**_____________ ________________________________

**The Honorable Jacqueline Scott Corley**